1
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
2
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
3
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
4
DONIGER / BURROUGHS
5
603 Rose Avenue
6
Venice California 90291
7
Telephone: (310) 590-1820

8
Attorneys for Plaintiff

9

10
**UNITED STATES DISTRICT COURT**

11
**CENTRAL DISTRICT OF CALIFORNIA**

12
DOLLS KILL, INC., a California
corporation,
13

14
Plaintiff,

15
v.

16

17
ZOETOP BUSINESS CO., LTD.,
individually and doing business as "SHEIN",
18
a Hong Kong private limited company; and
DOES 1-10,
19

20
Defendants.

21

22

23

24

25

26

27

28

Case No.:

**1. COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT**

**3. VIOLATIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT (17 U.S.C. § 1202)**

**<u>JURY TRIAL DEMANDED</u>**

Plaintiff, DOLLS KILL, INC. ("Dolls Kill" or "Plaintiff"), by and through its undersigned attorneys, complains and alleges against Defendants as follows:

## NATURE OF ACTION

1.    Plaintiff seeks injunctive relief and damages stemming from Defendants', ZOETOP BUSINESS CO., LTD., individually and doing business as SHEIN ("SHEIN") and DOES 1-10 (collectively "Defendants"), acts of copyright infringement in violation of the laws of the United States of America.

## JURISDICTION AND VENUE

2.    This action arises under the Copyright Act of 1976, Title 117 U.S.C. § 101, et seq.

3.    This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

4.    The Court has personal jurisdiction over Defendants and each of them because Defendants have purposefully directed their unlawful conduct to this judicial district and have conducted substantial business in this judicial district.

5.    Venue is proper under 28 U.S.C. § 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred here. Venue and personal jurisdiction may also be appropriate under Fed. R. Civ. P. 4(k)(2).

## PARTIES

6.    Plaintiff is a corporation organized and existing under the laws of the State of California with its principal place of business in California.

7.    Upon information and belief, Defendant ZOETOP BUSINESS CO., LTD., individually and doing business as SHEIN ("SHEIN") is a Hong Kong private limited company that is doing business with the State of California.

8.    Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights,

or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9.    Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FACTUAL BACKGROUND

10.   Dolls Kill is a leading global fashion retailer founded in 2011 that established itself as a global brand through strong social media presence and significant resources spent in developing and promoting its own original brands, products and designs featured and offered through its online e-commerce platform at *www.dollskill.com*, as well as Dolls Kill's own retail stores.

11.   Dolls Kill is renowned for blending underground lifestyle and fashion including through the creation of eye-catching and colorful prints, designs and other decorative elements easily identifiable by consumers who recognize and love its unique work for their bold nature which distinguishes Dolls Kill from other brands operating within the same industry.

12.   Through the creation and distribution of Dolls Kill's original designs and products that caters to a niche audience that stands apart from traditional market demographics and whose culture and interests lacked representation within the retail

industry, Plaintiff intends to celebrate the individuality and diversity of others and empower its consumers to be who they are and have fun.

13.    SHEIN was founded in 2008 as a fast fashion company and became successful for offering and distributing products at extremely low prices, and for rapidly producing products meeting the latest trends. SHEIN's ability to quickly offer products at such unexpensive price is principally due to Defendant's unethical business practices that have increasingly been exposed and publicized by diverse media outlets (see *https://www.dazeddigital.com/fashion/article/55146/1/shein-fast-fashion-exploitation-plagiarism-independent-designers-copy-aliexpress*) and consist of intentionally infringing the original work of other designers and companies, such as Dolls Kill, and benefit from their work with total disregards to U.S. Law.

14.    Defendant has continuously and repeatedly violated Dolls Kill's rights through the manufacture, promotion, distribution and sale in interstate commerce of products bearing designs, prints, graphics, shapes, and other original artwork that are identical or substantially similar to Dolls Kill's copyrighted designs

15.    Defendant's infringing acts have become so common that online public forums dedicated to identifying the copied versions of original work created and owned by Dolls Kill (and by other brands) are available on different social media platforms (see attached **Exhibit B**).

## CLAIMS RELATED TO PLAINTIFF'S DESIGNS

16.    Plaintiff created and exclusively owns the original two-dimensional artworks (the "Subject Designs") which have been registered with the United States Copyright Office, with all formalities satisfied. True and correct images of the Subject Designs are depicted in **Exhibit A** attached hereto.

17.    Prior to the acts complained of herein, Plaintiff sold garments bearing the Subject Designs on its website and made them widely available to viewers.

18.    Plaintiff has not authorized Defendants to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of the Subject Designs.

19.   Plaintiff is informed and believes and thereon alleges that following its distribution of the Subject Designs, SHEIN, DOE Defendants, and each of them created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring unauthorized reproductions of the Subject Designs or designs which are substantially similar to the Subject Designs (hereinafter "Offending Products"). Offending Products include but are not limited to the garments sold by SHEIN, bearing the label "SHEIN," indicating it was manufactured or otherwise distributed by SHEIN.  All the foregoing acts occurred without Plaintiff's consent.

20.   The Subject Designs, Defendants' unauthorized uses, and the corresponding URLs are depicted with identifying information in **Exhibit A** attached hereto.

21.   Plaintiff, through counsel, contacted SHEIN numerous times to demand that it cease-and-desist in its infringement and provide evidence necessary to discuss an informal resolution. SHEIN failed to meaningfully respond.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

22.   Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

23.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Designs, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Designs.

24.    Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Designs in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Designs, or were an illegal modification thereof.

25.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing and/or selling Offending Products through a nationwide network of retail stores, catalogues, and through on-line websites.

26.    Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

27.    Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Designs in an amount to be established at trial.

28.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All
Defendants)

29.   Plaintiff repeats, realleges, and incorporates herein by reference as though
fully set forth, the allegations contained in the preceding paragraphs of this
Complaint.

30.   Plaintiff is informed and believes and thereon alleges that Defendants
knowingly induced, participated in, aided and abetted in and profited from the illegal
reproduction and/or subsequent sales of garments featuring the Subject Designs
alleged herein.

31.   Plaintiff is informed and believes and thereon alleges that Defendants, and
each of them, are vicariously liable for the infringement alleged herein because they
had the right and ability to supervise the infringing conduct and because they had a
direct financial interest in the infringing conduct.

32.   By reason of the Defendants', and each of their, acts of contributory and
vicarious infringement as alleged above, Plaintiff has suffered and will continue to
suffer substantial damages to its business in an amount to be established at trial, as
well as additional general and special damages in an amount to be established at
trial.

33.   Due to Defendants', and each of their acts of copyright infringement as
alleged herein, Defendants, and each of them, have obtained direct and indirect
profits they would not otherwise have realized but for their infringement of the
Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits
directly and indirectly attributable to Defendants' infringement of Plaintiff's rights
in the Subject Designs, in an amount to be established at trial.

34.   Plaintiff is informed and believes and thereon alleges that Defendants, and
each of them, have committed acts of copyright infringement, as alleged above,
which were willful, intentional and malicious, which further subjects Defendants,

and each of them, to liability Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

### THIRD CLAIM FOR RELIEF

(For Violations of the 17 U.S.C. §1202 – Against all Defendants, and Each)

35.    Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

36.    The Subject Designs were routinely published with attribution, credit, and other copyright management information identifying Plaintiff as the author.

37.    Plaintiff alleges on information and belief that Defendants, and each of them, removed Plaintiff's copyright management information, as described above, from the Subject Designs, and/or added false copyright management information to the Subject Designs, before distributing and publishing same to the public.

38.    Plaintiff alleges on information and belief that Defendants, and each of them, distributed, published, and displayed the Subject Designs via the website depicted in **Exhibit A** hereto, under its own name, and removing Plaintiff's attribution information, including without limitation her name and/or metadata.

39.     The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. §1202(c) and said information on and in the Infringing Content is false.

40.    When Defendants distributed and published the Subject Designs, they knowingly provided and/or distributed false copyright management information in violation of 17 U.S.C. §1202(a). As a result of the foregoing, Plaintiff has been

damaged and may recover those damages as well as Defendants' profits, and/or statutory damages, and attorneys' fees under 17 U.S.C. §1203.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Designs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 505, 1203;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 505, 1203;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: March 3, 2022                          Respectfully submitted,

By: _____

Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

**Exhibit A**

| Subject Designs | Offending Product Exemplars |
|---|---|
|  Back on Top 3 Piece Mesh Set **VA0002284641** |  ROMWE 3pack Graphic Print Contrast Binding Lingerie Set SKU: rw2107260677302305 https://us.shein.com/ROMWE-3pack-Graphic-Print-Contrast-Binding-Lingerie-Set-p-4593577-cat-1862.html?scici=Search~~EditSearch~~1~~Graphic_20PrintContrast_20Binding_20Lingerie_20Set~~~~0 |
|  dELiA*s by Dolls Kill Flower Power Mesh Top **VA 2-280-046** |  Sheer Mesh Floral Print Lettuce-Edge Tee SKU: swtee01190605314 https://us.shein.com/Floral-Print-Sheer-Mesh-Tee-Without-Bra-p-761729-cat-2223.html |





HOROSCOPEZ Midnight Astro World Mesh
Dress

**VA 2-280-168**



Mesh Galaxy Print Lettuce Trim Sheer Dress
SKU: rwdress01190325255
https://us.shein.com/Mesh-Galaxy-Print-Lettuce-Trim-Sheer-Dress-p-739024-cat-1727.html



HOROSCOPEZ Walk The Moon Mesh Top



**VA 2-281-046**

Sun & Moon Print Sheer Mesh Top
SKU: rwtee01190424002
https://us.shein.com/Sun-Moon-Print-Sheer-Mesh-Top-p-746659-cat-2223.html?scici=Search~~EditSearch~~1~~printed%20top~~~~0~~0



Current Mood Eternal Sunshine Mesh Top &
Current Mood Eternal Sunshine Mesh Flares

**VA 2-280-167**



Sunflower Print Drawstring Detail Top With Flare Leg Pants Sheer Set
SKU: swtwop00200408462
https://us.shein.com/Sunflower-Print-Drawstring-Detail-Top-With-Flare-Leg-Pants-Sheer-Set-p-1102048-cat-1780.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0



Current Mood Reckless Adventure Crop Tank

**VA0002281478**



Pop Art Print Crop Cami Top
SKU: swvest03200430010
https://us.shein.com/Pop-Art-Print-Crop-Cami-Top-p-1174370-cat-1779.html?scici=Search~~EditSearch~~1~~printed%20top~~~~0~~0



Current Mood Celestial Magic Wrap Top

**VA 2-281-477**



Bell Sleeve Galaxy Print Wrap Mesh Top
SKU: swtop03200115727
https://us.shein.com/Bell-Sleeve-Galaxy-Print-Wrap-Mesh-Top-p-1010198-cat-2223.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0



dELiA*s by Dolls Kill Social Butterfly Mesh
Top

**VA 2-283-219**



SHEIN Lettuce Trim Butterfly Print Tie Dye Mesh Top
SKU: swtop07200410269
https://us.shein.com/Lettuce-Trim-Butterfly-Print-Tie-Dye-Mesh-Top-p-1108001-cat-2223.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0



Current Mood Blissed Out Mesh Top

**VA 2-283-095**



SHEIN Lettuce Edge Floral and Figure Mesh Crop Top Without Bra
SKU: swtop07200402720
https://us.shein.com/Lettuce-Edge-Floral-and-Figure-Mesh-Crop-Top-Without-Bra-p-1088722-cat-2223.html



Sugar Thrillz Strawberry Fields Raglan Tee

**VA 2-280-500**



Strawberry Print Crop Top
SKU: rwtee00190417303
https://us.shein.com/Strawberry-Print-Crop-Top-p-739296-cat-1738.html?scici=productList~~RecommendList~~1~~Recommendations%20For%20You~~SPcCategoryRecommendationsForYou_default~~0~~0



Strawberry Print Raglan Sleeve Tee
SKU: swtee02200522888
https://us.shein.com/Strawberry-Print-Raglan-Sleeve-Tee-p-1237682-cat-1738.html?url_from=adplaswtee02200506890S_ssc_Cal&gclid=EAIaIQobChMIk_zV6pWS7AIVxnZiCh2tlwD6EAEYASAAEgLbnfD_BwE



Contrast Sleeve Strawberry Print Crop Tee
SKU: swtee02200506890
https://us.shein.com/Contrast-Sleeve-Strawberry-Print-Crop-Tee-p-1186600-cat-1738.html?url_from=adplaswtee02200522888M_ssc_Cal&gclid=EAIaIQobChMIk_zV6pWS7AIVxnZiCh2tlwD6EAEYASACEgJ48_D_BwE



Current Mood California Dreamin' Halter Top & Current Mood California Dreamin' High Waist Shorts

**VA 2-282-914**



Lace-up Back Graphic Print Cami Top & Shorts
SKU: swtwop01200505553
https://us.shein.com/Lace-up-Back-Graphic-Print-Cami-Top-Shorts-p-1182675-cat-1780.html?utm_source=facebook.com&utm_medium=cpc&utm_campaign=women_fbadsusdpaswtwop01200505553&url_from=women_fbadsusdpaswtwop01200505553&fbclid=IwAR3nT7jk2bugNzxPXhOjB6BpDi-M2PjRcqO9T3JuZahWRvriCe68IjkSZxs



Current Mood Herbal Remedy Baby Tee

**VA 2-283-005**



Trippy Mushroom Graphic Cropped Tee
SKU: swtee44200507390
https://us.shein.com/Mushroom-Print-Skinny-Crop-Tee-p-1190698-cat-1738.html?scici=navbar_2~~tab01navbar02~~2~~real_2035~~SPcCccWomenCategory_default~~0~~0



Widow Eternal Damnation Graphic Tank

**VA 2-283-011**



Skull and Letter Graphic Tank Top

https://m.shein.com/us/Skull-And-Letter-Graphic-Tank-Top-p-1394252-cat-1779.html



It's A Lifestyle Glitter Tee

**VA0002280417**



Letter & Butterfly Print Crop Tee
SKU: swtee01200421322
https://us.shein.com/Letter-Butterfly-Print-Crop-Tee-p-1140854-cat-1738.html?scici=navbar_2~~tab01navbar04banner04~~4_4~~itemPicking_00122609~~~~0~~0



Candy Bandit Bandana Top

**VA0002285047**



Paisley Print Bandana Halter Top
SKU: swvest03200424444
https://us.shein.com/Paisley-Print-Bandana-Halter-Top-p-1156920-cat-1779.html?scici=Search~~EditSearch~~1~~printed%20top~~~~0~~0



Antisocial Dragonfly Mesh Dress

**VA0002284854**



Lettuce Edge Dragonfly and Tie Dye Mesh Dress
SKU: swdress07200507840
https://us.shein.com/Lettuce-Edge-Dragonfly-and-Tie-Dye-Mesh-Dress-p-
1189647-cat-
1727.html?scici=Search~~SuggestionCategorySearch~~1~~mesh%20in%20Dre
sses~~~~0~~0



Moves like Water Mesh Long Sleeve

**VA0002284851**



Water Print Sheer Mesh Top
SKU: swtop44200615273
https://us.shein.com/Wave-Print-Sheer-Mesh-Top-p-1318019-cat-
2223.html?scici=Search~~EditSearch~~1~~mesh%20crop%20top~~~~0~~0



Scarlet Destination Anywhere Brocade Skirt

**VA0002284850**



Zip Up Chinese Dragon Jacquard Cami Top With Skirt
SKU: swtwop44200819122
https://us.shein.com/Top-de-tirantes-jacquard-con-drag%C3%B3n-chino-con-cremallera-con-falda-p-1528484.html?share_from=andshes&url_from=GM723594473138913280&ref=www&rep=dir&ret=us



Whirl of Wonder Mesh Top - Delia's

**VA0002284849**



Marble Print Round Neck Fitted Tee
SKU: swtee02200629235
https://us.shein.com/Marble-Print-Round-Neck-Fitted-Tee-p-1360812-cat-1738.html



Venus Envy Mesh Tee – Horoscopez

**VA0002284847**



Allover Print Sheer Mesh Crop Top Without Bra
SKU: swtop04200511526
https://us.shein.com/Allover-Print-Sheer-Mesh-Crop-Top-Without-Bra-p-
1197546-cat-
2223.html?scici=Search~~EditSearch~~1~~mesh%20tops~~~~0~~0



FIRE & FURY MESH MAXI DRESS

**VA0002286411**



Chinese Dragon Print Side Split Sheer Mesh Dress Without Belt
SKU: swdress44200617368
https://us.shein.com/Chinese-Dragon-Print-Side-Split-Sheer-Mesh-Dress-
Without-Belt-p-1326766-cat-
1727.html?scici=Search~~EditSearch~~1~~mesh_20dress~~~~0~~0



Siren Song Graphic Tee - Delia's

**VA-2-283-886**



SHEIN Butterfly Graphic Lettuce-Edge Crop Top
SKU: swtee07200518458
https://us.shein.com/Butterfly-Graphic-Lettuce-Edge-Crop-Top-p-1219171-cat-1738.html?scici=Search~~EditSearch~~1~~graphic%20tee~~~~0~~0



SOFT DOUBLE STUFFED SHEER
LINGERIE SET

**VA0002286457**



Plus Bear Doll Print Lingerie Set
SKU: swsexy03201203070
https://us.shein.com/Plus-Bear-Doll-Print-Lingerie-Set-p-1937633-cat-1944.html?scici=Search~~EditSearch~~1~~dolls_20kill~~~~0~~0



BIG FRIENDLY GIANT CROP TANK

**VA0002284965**



Dinosaur Embroidery Rib-knit Tank Top
SKU: swvest02200511665
https://us.shein.com/Dinosaur-Embroidery-Rib-knit-Tank-Top-p-1198955-cat-1779.html?url_from=adplaswvest02200511665S&gclid=Cj0KCQiAyJOBBhDC ARIsAJG2h5f7SPV5NtdaC5UtYED9nf1-R89zOwVOd7qqjRdfGX799rQlbL-Jf78aAjjhEALw_wcB



WILD CARD MESH TOP

**VA0002285920**



Figure And Abstract Sun Print Sheer Mesh Crop Top
SKU: swtop23210113328
https://us.shein.com/Figure-And-Abstract-Sun-Print-Sheer-Mesh-Crop-Top-p-2141001-cat-2223.html



MISFIT MEMOIRS FLARED PANTS

**VA0002285915**



Pop Art Print Wind Pants
SKU: swpants07200905406
https://us.shein.com/Pop-Art-Print-Wind-Pants-p-1585307-cat-1740.html



HYPNOTIC HABITS MESH BABY TEE

**VA-2-284-382**



SHEIN Mesh Marble Print Lettuce Trim Top
SKU: swtop07210531950
https://us.shein.com/Mesh-Marble-Print-Lettuce-Trim-Top-p-2802617-cat-2223.html



LOYAL MANEATER VELOUR TRACK
JACKET

**VA 2-284-380**



Velvet Heart Pattern Drawstring Hooded Jacket With Pants
SKU: sw2107218881072127
https://us.shein.com/Velvet-Heart-Pattern-Drawstring-Hooded-Jacket-With-

| | |
|---|---|
| | Pants-p-3220253-cat-1780.html |
|   Midnight City Mesh Top  **VA0002280543** |   Lettuce Trim Sheer Mesh Top Without Bra  SKU: swtop01191224838  https://us.shein.com/Lettuce-Trim-Sheer-Mesh-Top-Without-Bra-p-984016-cat-2223.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0 |
|   Da Vinci's Demons Mesh Top  **VA0002280496** |   SHEIN Mock-Neck Figure Graphic Mesh Top  SKU: swtop07200218966  https://us.shein.com/Mock-Neck-Figure-Graphic-Mesh-Top-p-1017678-cat-2223.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0 |



Celestial Sass Crop Top

**VA0002280418**



Bow Front Lettuce Trim Figure & Cloud Tee
SKU: swtee04200324806
https://us.shein.com/Bow-Front-Lettuce-Trim-Figure-Cloud-Tee-p-1067866-cat-1738.html?scici=productDetail~~RecommendList~~1~~Customers%20Also%20Viewed~~SPcProductDetailCustomersAlsoViewedList_default~~0~~0



Celestial Sass Mock Neck Top

**VA0002280419**



Plus Angel Print Sheer Mesh Crop Tee
SKU: swtop03190704393
https://us.shein.com/Plus-Angel-Print-Sheer-Mesh-Crop-Tee-p-785625-cat-2232.html?scici=Search~~EditSearch~~1~~mesh%20top~~~~0~~0



E-girl Ego Mini Dress

**VA0002284662**



SHEIN Mock-Neck Lettuce Trim Figure Graphic Mesh Dress
SKU: swdress07200525705
https://us.shein.com/Mock-Neck-Lettuce-Trim-Figure-Graphic-Mesh-Dress-p-1240040-cat-1727.html?scici=Search~~SuggestionCategorySearch~~1~~mesh%20dress%20in%20Dresses~~SPcSearchWordsSuggest~~0~~0



Legendary Flex Keyhole Top

**VA0002283570**



Dragon Print Mandarin Collar Key Hole Mesh Top
SKU: swtop00200428001
https://us.shein.com/Dragon-Print-Mandarin-Collar-Key-Hole-Mesh-Top-p-1164947-cat-2223.html?scici=Search~~EditSearch~~1~~mesh%20printed%20top~~~~0~~0



Danger Zone Chain Cami

**VA0002283613**



Graphic Print Chain Strap Crop Cami Top
SKU: swvest04200605956
https://us.shein.com/Graphic-Print-Chain-Strap-Crop-Cami-Top-p-1284124-cat-1779.html?scici=productDetail~~RecommendList~~RS_own,RJ_NoFaultTolerant~~Customers%20Also%20Viewed~~SPcProductDetailCustomersAlsoViewedList~~0~~0



Born Wild Chain Halter

**VA0002285950**



SHEIN Eagle & Fire Slogan Graphic Cami Top
SKU: swvest07200407191
https://docs.google.com/spreadsheets/d/1idjR9t7NKEqllCNwyl8XtaKUHThHGVvmeVyvDQmzvkI/edit#gid=0



Helter Skelter Lace-Up Top

**VA0002285940**



MEYSI KIM Graphic Print Crop Slim Tee
SKU: sw2106298589873705
https://us.shein.com/MEYSI-KIM-Graphic-Print-Crop-Slim-Tee-p-3013151-cat-1738.html

# EXHIBIT B

Images taken February 24, 2022, from
https://www.reddit.com/r/dollskill/comments/ncjsie/dupes_megathread/



Image taken March 2, 2022 from:
https://www.reddit.com/r/FrugalFemaleFashion/comments/fxaas6/so_i_hear_dollskill_sucks_a ny_alternatives/fmy6afc/?utm_source=share&utm_medium=web2x&context=3



Image taken February 24, 2022 from https://www.instagram.com/sheindupesuk/?hl=en



Images taken March 2, 2022 from
https://twitter.com/twinkfloyd_/status/1267381612322275328?s=20&t=kD5Q8yDIHsj4uxy1Z2KYsA





*On the left, SHEIN's unauthorized copy of Dolls Kill's copyrighted design - Registration Number VA0002282914 (on the right);*



*On the left, SHEIN's copy of Dolls Kill's copyrighted design - Registration Number VA0002280046 (on the right);*



*On the left, SHEIN's copy of Dolls Kill's copyrighted design- Registration Number VA0002285047(on the right);*

Image taken 2, march, 2022 from
https://twitter.com/twinkfloyd_/status/1267381723181940736/photo/3



*On the left, SHEIN's unauthorized copy of Dolls Kill's copyrighted design - Registration Number VA0002280418 (on the right).*