**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLS KILL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; SHEIN DISTRIBUTION CORP., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-01463-RGK-MAA<br>*Hon. R. Gary Klausner Presiding*<br><br>**ORDER ON STIPULATION TO EXTEND DISCOVERY CUT-OFF**<br><br>**Current Deadlines:**<br>Fact Discovery Cutoff: 02/03/23<br>Motion Filing Cutoff: 02/17/23<br>Pretrial Conference: 04/17/23<br>Trial: 05/03/23 |

1

ORDER

## ORDER:

The Court, having reviewed the Parties' Stipulation to Extend Pretrial Dates, and for good cause appearing, makes the following order:

The Case Management Scheduling Order is modified as follows:

| Event | Current Dates | New Dates |
| --- | --- | --- |
| Discovery Cut-off | February 3, 2023 | February 27, 2023 |
| Motion Filing Cut-off | February 17, 2023 | February 27, 2023 |

**SO ORDERED.**

Dated: __12/21/2022__, 2022   By: _____Gary Klausner_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE