1  Scott Alan Burroughs (SBN 235718)
   scott@donigerlawfirm.com
2  Trevor W. Barrett (SBN 287174)
   tbarrett@donigerlawfirm.com
3
   Frank R. Trechsel (SBN 312199)
4  ftrechsel@donigerlawfirm.com
   DONIGER / BURROUGHS
5
   603 Rose Avenue
6  Venice, California 90291
   Telephone: (310) 590-1820
7

8  Attorneys for Plaintiff

9
                **UNITED STATES DISTRICT COURT**
10
              **CENTRAL DISTRICT OF CALIFORNIA**
11

12  DOLLS KILL, INC.,                    Case No.: 2:22-cv-01463-RGK-MAA
                                          _Hon. R. Gary Klausner Presiding_
13  Plaintiff,
                                          **STIPULATION TO DISMISS**
14  vs.                                   **ACTION WITH PREJUDICE**

15
    ZOETOP BUSINESS CO., LTD., _et al._,
16
17  Defendants.

18

19

20

21

22

23

24

25

26

27

28
                                    - 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Dolls Kill, Inc. and Defendants Zoetop Business Co., Ltd. and Shein Distribution Corp. ("Defendants") (collectively, "the Parties"), hereby STIPULATE to the following:

1. The entire action is hereby dismissed in its entirety with prejudice; and

2. The Parties will each bear their respective costs and attorney's fees as incurred against one another in connection with this action.

This stipulation is made per Fed. R. Civ. P. 41(a)(1)(A)(ii) and per that statute does not require an order.

SO STIPULATED.

Respectfully submitted,

Dated: February 8, 2023        By:   */s/ Scott Alan Burroughs*
                                     Scott Alan Burroughs, Esq.
                                     Frank R. Trechsel, Esq.
                                     DONIGER / BURROUGHS
                                     *Attorneys for Plaintiff*

Dated: February 8, 2023        By:   */s/ Nina D. Boyajian*
                                     Nina D. Boyajian, Esq.
                                     Lori Chang, Esq.
                                     David H. Marenberg, Esq.
                                     GREENBERG TRAURIG, LLP
                                     *Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO DISMISS ACTION